TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-03-00677-CV







Nouveau Entertainment, Inc., dba Axis, Appellant



v.



Texas Alcoholic Beverage Commission, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT


NO. GN303806, HONORABLE PATRICK O. KEEL, JUDGE PRESIDING







M E M O R A N D U M O P I N I O N




 Appellant Nouveau Entertainment and appellee Texas Alcoholic Beverage
Commission have reached an agreement resolving all issues related to this appeal and request
dismissal of this appeal. See Tex. R. App. P. 42.1(a).

 We grant the motion to dismiss the appeal.


 __________________________________________

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Appellant's Motion

Filed: June 24, 2004